UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANITRA CARTER, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-822 |
| | § § | |
| BAYVIEW LOAN SERVICING, LLC, *et al*, | § § | |
| Defendants. | § | |

## <u>ORDER</u>

The Court hereby grants Plaintiff's motion for leave to file objections to the Magistrate Court's Report and Recommendation and hereby grants leave to file (Doc. 26). That being said, the Court has considered the objections and the motions to remand *de novo* and hereby ADOPTS the Report and Recommendation (Doc. 16). The Court therefore DENIES the Plaintiff's motions to remand (Docs. 6 and 7).

SIGNED at Houston, Texas, this 6th day of November, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE